### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GLOBAL MARINE EXPLORATION, INC.,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No:   6:16-cv-1742-Orl-KRS

**THE UNIDENTIFIED, WRECKED AND (FOR FINDERS-RIGHT PURPOSES) ABANDONED SAILING VESSEL,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **CLAIMANT REPUBLIC OF FRANCE MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT (Doc. No. 27)**
>
> **FILED:**    **November 22, 2016**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion does not comply with Local Rule 3.01(g).  A renewed motion must comply with that rule.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2016.

                                              *Karla R. Spaulding*
                                              KARLA R. SPAULDING
                                  UNITED STATES MAGISTRATE JUDGE